## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOHN J. O'BOYLE, JR.<br><br>DEBTOR(S) | CHAPTER 13<br><br><br><br>CASE NO. 18-13676AMC13 |

### CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated: September 7, 2018

CIBIK & CATALDO, P.C.
ATTORNEY FOR DEBTOR(S)

By: /s/ MICHAEL A. CATALDO
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769
Email: ccpc@ccpclaw.com