United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13676-amc
John J. O'Boyle, Jr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 05, 2018
                              Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db              +John J. O'Boyle, Jr.,    2823 Chatham Street,    Philadelphia, PA 19134-4213
14121063        +Ditech Financial LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Phila., PA 19106-1541
14121064        +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14121065        +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14121067        +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14121068         PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                  Harrisburg, PA 17120-0946
14121070        +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14121072        +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                  Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 06 2018 02:02:15     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2018 02:02:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2018 02:02:05     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14121060         E-mail/Text: megan.harper@phila.gov Sep 06 2018 02:02:15     City Of Philadelphia,
                  Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14121061         E-mail/Text: megan.harper@phila.gov Sep 06 2018 02:02:15     City of Philadelphia,
                  Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14121058        +E-mail/Text: ecf@ccpclaw.com Sep 06 2018 02:01:49     Cibik & Cataldo, P.C.,
                  1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14121062        +E-mail/Text: bankruptcy@philapark.org Sep 06 2018 02:02:17     City of Philadelphia,
                  Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14181134         E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2018 02:01:51     Ditech Financial LLC,
                  P.O. Box 6154,    Rapid City, SD 57709-6154
14121066         E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 02:01:51     I.R.S.,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
14121069         E-mail/Text: bankruptcygroup@peco-energy.com Sep 06 2018 02:01:52     Peco Energy,
                  2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14121071        +E-mail/Text: bankruptcy@philapark.org Sep 06 2018 02:02:17     Philadelphia Parking Authority,
                  Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14121073        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 06 2018 02:01:48
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
14180094        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 02:19:21     Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14121059*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Sep 05, 2018
                              Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:

        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2    on behalf of Debtor John J. O'Boyle, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor John J. O'Boyle, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                     :        CHAPTER 13
John J. O'Boyle

      DEBTORS                              :        BKY. NO. 18-13676AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7.      A hearing shall be held on September 25, 2018 at 11:00 a.m., in Bankruptcy Court No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

                                      By the Court:

Date: September 5, 2018                    _____
                                                    Hon. ASHELY M. CHAN