**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JOHN O'BOYLE, <br><br> Debtor(s). | Case No. 18-13676AMC13 <br><br> Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this ____25th____ day of __September_____, 201_8___, upon consideration of

the Application for Compensation, it is

ORDERED that compensation of **$4,000.00** is allowed and the balance due to counsel in the

amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

JOHN O'BOYLE
Debtor(s)
2823 Chatham Street
Philadelphia, PA  19134